# United States Bankruptcy Court
## Southern District of Ohio

In re   **Anthony Coy Johnson**  
Debtor(s)

Case No. _____  
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 1, 2024**

**/s/ Anthony Coy Johnson**  
**Anthony Coy Johnson**  
Signature of Debtor