**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: November 26, 2024**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 24-53034 |
| | : | |
| ANTHONY COY JOHNSON | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Mina Nami Khorrami |

**ORDER GRANTING MOTION OF TRUSTEE, AND REQUIRING DEBTOR (1) TO FILE TAX RETURNS, AND (2) REQUIRING DEBTOR TO REQUEST THAT ANY TAX REFUNDS BE ISSUED TO THE DEBTOR, AND (3) REQUIRING THAT THE DEBTOR TURNOVER TO THE TRUSTEE ANY TAX REFUND CHECKS AND, (4) REQUIRING THAT THE IRS DIRECT DEBTOR'S REFUND CHECK TO THE TRUSTEE, AND (5) ENJOINING THE DEBTOR FROM CASHING ANY TAX REFUND CHECKS**
(Related Doc# 18)

This matter came before the Court upon the motion of Trustee for an order requiring the Debtor to file 2024 Federal, State and School District income tax returns by no later than April 15, 2025 and requiring the Debtor to check the appropriate box on these tax returns to request that any tax refunds be sent to the Debtor and requiring the IRS to direct the Debtor's refund check directly to the Trustee, and requiring the Debtor to turn over to the Trustee within 10 days of receipt any tax refund checks for this tax year and enjoining the Debtor from cashing any tax refund checks for this tax year

upon their receipt and requesting that the Court order that service be made upon the Debtor, the Internal Revenue Service, Special Procedures Branch, and the Debtor's attorney of the order granting the Trustee's motion.

It appears that a copy of the Trustee's motion has been served upon the Debtor, attorney for the Debtor and the U.S. Trustee and that there have been no objections or requests for hearing filed in response to the Trustee's motion within the applicable notice period.

Accordingly, and based upon a review of the matters set forth in the Trustee's motion and a review of the relevant portions of the Court file, the Court finds that the Trustee's motion should be granted and hereby **ORDERS** as follows.

1. The Debtor is **ORDERED**, pursuant to the provisions of 11 U.S.C. § 521(a) (3) and (4), 11 U.S.C. § 521(f) and Local Bankruptcy Rule 4002-1, to file the Debtor's 2024 Federal, State and School District income tax returns by no later than April 15, 2025 and shall send a copy of the tax returns as filed to the Trustee within 10 days of the date of the filing of these returns.

2. The Court further **ORDERS**, pursuant to the provisions of 11 U.S.C. § 521(a)(3) and (4), 11 U.S.C. § 521(f) and Local Bankruptcy Rule 4002-1, that the Debtor is required to check the appropriate box on these tax returns to request that any tax refunds be sent to the Debtor.

3. The Court further **ORDERS**, pursuant to the provisions of 11 U.S.C. § 521(a)(3) and (4), 11 U.S.C. § 521(f) and Local Bankruptcy Rule 4002-1, that the Debtor is required to turnover to the Trustee any tax refund checks for this year within 10 days of their receipt by the Debtor.

4. The Court further **ORDERS**, pursuant to the provisions of 11 U.S.C. § 521(a)(3) and (4), 11 U.S.C. § 521(f) and Local Bankruptcy Rule 4002-1, that the IRS mail Debtor's tax refund, if any, directly to the Trustee.

5. The Court further **ORDERS**, pursuant to the provisions of 11 U.S.C. § 521(a)(3) and (4), 11 U.S.C. § 521(f), 11 U.S.C. §105 and Local Bankruptcy Rule 4002-1, that the Debtor is enjoined from cashing any tax refund checks received by the Debtor for this tax year.

6. The Court hereby further **ORDERS** that the Clerk shall serve a copy of this Order upon the Debtor, the attorney for the Debtor and the IRS Special Procedures Branch by U.S. mail at the addresses set forth below and that service in this manner shall be effective for all purposes under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

**IT IS SO ORDERED.**

APPROVED:


/s/ William B. Logan, Jr.
William B. Logan, Jr.          0019290
Case Attorney for William B. Logan, Jr., Trustee
1160 Dublin Road, Suite 400
Columbus, OH 43215
(614) 221-7663    Fax (866) 345-4948
wlogan@LNLattorneys.com

Copies to:  Default List and Additional Parties

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

U.S. Attorney—Columbus, 303 Marconi Blvd., Ste. 200, Columbus, OH  43215

U.S. Attorney General, Main Justice Bldg., Rm. 5111, 10th and Constitution Ave., NW, Washington, D.C.  20530