**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 24-53034 | | | Trustee Name: | William B. Logan, Jr. |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, ANTHONY COY | | | Date Filed (f) or Converted (c): | 08/01/2024 (f) |
| For the Period Ending: | 12/31/2024 | | | §341(a) Meeting Date: | 09/10/2024 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  50885 Rice Run Road Reedsville OH 45772-0000 | $40,740.00 | $0.00 | | $0.00 | FA |
| 2  Lot 325 Shady Cove Road Middleport, OH - 45760-0000 Meigs County Parcel No: 140046900 | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 3  Lot 325, Shady Cove Road Middleport, OH - 45760-0000 Meigs County Parcel No. 14004700 | $2,300.00 | $825.00 | | $0.00 | FA |
| 4  Make: Subaru Model: Impreza Year: 2021 Mileage: 1783 Other Information: lien on title | $16,117.00 | $16,117.00 | | $0.00 | FA |
| 5  2015 Chev Traverse Mileage: 151,511 | $3,000.00 | $0.00 | | $0.00 | FA |
| 6  Household Furnishings | $4,000.00 | $0.00 | | $0.00 | FA |
| 7  Cell Phone and Electronics | $500.00 | $0.00 | | $0.00 | FA |
| 8  Clothes | $150.00 | $0.00 | | $0.00 | FA |
| 9  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 10 Checking Peoples Bank | $401.00 | $0.00 | | $0.00 | $1.00 |
| 11 401(k) plan Pepsico | $7,231.89 | $0.00 | | $0.00 | FA |
| 12 Potential 2024 federal and state tax refunds (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| **TOTALS (Excluding unknown value)** | **$75,989.89** | **$18,443.00** | | **$0.00** | **Gross Value of Remaining Assets $2.00** |

**Major Activities affecting case closing:**
The Trustee has filed a 2024 tax motion in this case. The Trustee will seek the turnover of copies of the tax returns and federal and state tax refunds of the debtor for the benefit of unsecured creditors. The Trustee has also requested copies of all bank account statements and health savings statements reflecting account balances on the date of filing and 90 days prior. tsoma

| Initial Projected Date Of Final Report (TFR): | 09/10/2025 | Current Projected Date Of Final Report (TFR): | 09/10/2025 | /s/ WILLIAM B. LOGAN, JR. |
|---|---|---|---|---|
| | | | | WILLIAM B. LOGAN, JR. |